United States District Court
Southern District of Texas

**ENTERED**

April 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAYMOND G., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-23-989 |
| FRANK BISIGNANO,[1] | § | |
| *Commissioner of the Social Security* | § | |
| *Administration*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM AND ORDER ADOPTING REPORT AND
RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

The court remanded this Social Security case for further administrative proceedings under sentence six of § 405(g) of the Social Security Act 42 U.S.C. § 405(g).  (Docket Entry No. 12). On remand, the Social Security Administration found the plaintiff to be disabled.  (Docket Entry No. 14–1).  The plaintiff's counsel has moved for attorney's fees under 42 U.S.C. § 406(b), requesting payment of $15,972.00.  (Docket Entry No. 15).  The defendant, the Commissioner of the Social Security Administration, neither supports nor opposes the motion, but requests only that the court specify in its order that any amount it authorizes in § 406(b) fees be paid out of the plaintiff's past-due benefits, in accordance with agency policy.  (Docket Entry No. 20).

This court has reviewed the February 23, 2026, Report and Recommendation of United States Magistrate Judge Dena Hanovice Palermo on the plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b). (Docket Entry No. 22).  This court has made a de novo determination based on the motion, the response, the record, and the applicable law, and adopts Judge Palermo's Report

---

[1] Frank Bisignano was sworn in as the Commissioner of Social Security in May 2025.  Bisignano is "automatically substituted" as the defendant in this suit.  FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

and Recommendation as this court's Memorandum and Order.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson,* 864.F.2d 1219 (5th Cir. 1989).

The plaintiff's motion for attorney's fees under 42 U.S.C § 406(b), (Docket Entry No. 15), is granted.  The defendant is ordered to award the plaintiff's counsel, Delphine M. James, $15,972.00 in attorney's fees paid out of the plaintiff's past-due benefits.  If any EAJA fees were awarded, James must refund those fees to the plaintiff.

SIGNED on April 14, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2